LUDLOW, Respondent, v. WOODWARD, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Samuel Ludlow, Jr., against Rignal D. Woodward. W. E. Kisselburgh, for appellant. D. T. Davis, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. Appeal from decision dismissed, with costs. Order filed.

LUTGEN, Respondent, v. KRUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by George Lutgen against Frederick Kruse.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and NASH, J., dissent.

LYNCH v. DORSEY. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Mary R. Lynch against Stephen W. Dorsey. No opinion. Motion granted, with $10 costs. Order filed.

LYNCH, Respondent, v. SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Annie Lynch against the Shanley Company. No opinion. Motion to resettle order by a recital that the reversal was upon questions of law only, the facts having been examined and no error found therein, granted. The court, in rendering its decision, did not regard the minority of the plaintiff at the time of her employment and the accident as controlling.

LYTLE, Respondent, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by William Lytle against the city of Auburn. No opinion. Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Held that, as a matter of law, the evidence fails to establish negligence on the part of the defendant.

McARDELL et al. v. OLCOTT et al. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Cornelius McArdell and others against Frederic P. Olcott and others. No opinion. Motion granted upon conditions stated in memorandum per curiam. Settle order on notice.

McCALLISTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Catherine T. McCallister against the city of New York. No opinion. Judgment unanimously affirmed, with costs.

McCARGO, Respondent, v. JERGENS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Peyton R. McCargo against Andrew Jergens and others. R. S. Nichols, for appellants. H. W. Pollock, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McCARTHY, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Clista M. McCarthy, as, etc., against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment affirmed, with costs.

McCARTY, Respondent, v. NATURAL CARBONIC GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Richard H. McCarty against the Natural Carbonic Gas Company. No opinion. Judgment modified by deducting therefrom $18 as of November 8, 1905, the date of entry thereof, and, as so modified, unanimously affirmed, with costs to the respondent.

McCOLLUM, Appellant, v. SALMON, Respondent. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Alexander J. McCollum against William Salmon. No opinion. Judgment of the Municipal Court affirmed, with costs.

McCORMACK, Respondent, v. LANGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by John J. McCormack against Ferdinand Langer. No opinion. Judgment of the Municipal Court affirmed, with costs.

McCRUM v. FRAZIER. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Lloyd McCrum against Charles W. Frazier. No opinion. Motion denied, with $10 costs. Order filed.

In re MacDERMOTT. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of H. E. J. MacDermott for admission to the bar. No opinion. Application granted.

MacDONALD, Respondent, v. DREAMLAND, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Charles H. MacDonald against Dreamland. No opinion. Judgment affirmed, with costs.

McDOUGALL, Appellant, v. CITY OF BUFFALO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by James S. McDougall against the city of Buffalo and Mary Anna White.
PER CURIAM. Order reversed, with $10 costs and disbursements against the respondent White, and motion to set aside order for examination granted, except as to that part of said order which permits a physical examination.
WILLIAMS, J., dissents.

McEVOY, Respondent, v. SOCIÉTÉ ANONYME, etc., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by William J. McEvoy against the Société Anonyme, etc. F. Seymour, for appellant. R. Franklin, for respondent. No opin-